DocuSign Envelope ID: 8C5F02C7-5695-41CD-8EC0-8F78C645835D

CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**,<br><br>Plaintiff,<br><br>v.<br><br>**Jack Saadian,** in his individual and representative capacity as trustee of the Jack Saadian 2007 Trust; and **Armandi Baby Land, Inc.,** a California Corporation,<br><br>Defendants. | **Case:** 2:14-CV-09719-AB-ASX<br><br>**Declaration of Shirley Lindsay in Support of Her Motion for Summary Judgment** |

1. I, the undersigned, am the Plaintiff in this case. Based upon my own experience and knowledge, I can competently testify to the following:

2. I suffer from arthritis (osteoarthritis of multiple joints; spinal stenosis of the lumbar spine; and essential hypertension) of my hands, knees, and hips. I alternate using both a cane and wheelchair for mobility. During arthritic flare-ups I use a wheelchair for mobility.

3. Attached as Exhibit 2 is a true and accurate depiction of the Disabled Person Parking Placard issued to me by the state of California.

4. I regularly drive a specially equipped van with a ramp that deploys out of the passenger side of the van.

5. On July 27, 2014, I went to the Payless Mattress store located at 7134 Topanga Canyon Blvd., Canoga Park, California ("Store") with the desire to purchase a mattress and pillows.

6. On the day of my visit to the Store, my arthritis was acting up and I was relying on a wheelchair for mobility.

7. I discovered that the Store provided several parking spaces for its customers. I found one parking space that appeared to have been designated for use by persons with disabilities ("Disabled Space"). However, the Disabled Space was very faded and worn out. There was no pole or wall mounted signage indicating that it was reserved for use by persons with disabilities. I did not see any fine warning near the Disabled Space. This made it difficult for me to locate the Disabled Space.

8. Further, the Disabled Space did not have an access aisle or any hatch marked area adjacent to it. Moreover, the Disabled Space had been installed in front of a telephone pole. When I tried to park my vehicle in the Disabled Space, I found that the telephone polebn created an obstruction and did not provide adequate space to navigate my vehicle in the Disabled Space. Because of the obstruction created by the telephone pole and the lack of a clearly delineated and demarcated parking space with an access aisle, I was unable to park my vehicle at the Disabled Space.

9. I need "van accessible" parking with a wider access aisle to safely deploy my ramp and exit my van. I have had bad experiences in the past when I have parked in a space without an access aisle and was trapped out of my vehicle when another car parked next to me. Because there

was no access aisle, even if I would have been able to park my vehicle in the Disabled Space, I would not have been able to exit my van without being forced into the adjacent parking space.

10. I also observed that the main entrance of the Store had steps and there was a long ramp at the side for wheelchair users. However, I did not see any handrails on either side of the ramp for support. This would pose as a difficulty for me as a wheelchair user because I need handrails on both sides of ramps, especially long ones, for support in order to not lose control of my wheelchair and fall back.

11. Because of the lack of van accessible parking, I was forced to leave and was deterred from patronizing the Store. I was very frustrated because I wanted to buy a mattress and pillows, but had to leave because of the parking. This caused me difficulty, discomfort, and frustration.

12. The photographs submitted as exhibit 4, pages 1 and 2 truly and accurately depict the condition of the parking at the Store on the day that I attempted to patronize it, with the exception that there were different cars parked there.

13. Subsequent to this incident, I was in the area and wanted to patronize the Store several times. However, because of the lack of van accessible parking, I was deterred from patronizing the Store.

14. I live in Los Angeles and frequent the area where the Store is located. It is, therefore, a convenient place for me to purchase mattresses, pillows, etc. I would like the ability to safely and independently park and shop at the Payless Mattress Store.

15. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

1   Dated: January 22, 2016   By: _____
2                                   Shirley Lindsay