DocuSign Envelope ID: B506F3D1-C308-471D-99E5-24AA62435AFA

CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**, <br><br> Plaintiff, <br><br> v. <br><br> **Jack Saadian,** in his individual and representative capacity as trustee of the Jack Saadian 2007 Trust; and **Armandi Baby Land, Inc.,** a California Corporation, <br><br> Defendants. | **Case:** 2:14-CV-09719-AB-ASX <br><br> **Declaration of Evens Louis in Support of Plaintiff's Motion for Partial Summary Judgment** |

1. I, the undersigned, am an investigator hired by the Center for Disability Access to conduct an investigation in this case. Based upon my own experience and knowledge, I can competently testify to the following.

2. I was given the assignment of going to the Payless Mattress store located at 7134 Topanga Canyon Blvd., Canoga Park, California ("Store") and taking photographs and measurements of the parking and ramp at the entrance of the Store.

3. On December 10, 2014, I went to the Store and conducted the

1. inspection.

4. I found that the parking lot serving the Store had a total of 7 parking spaces for use by its customers, one of which appeared to have been designated for use by persons with disabilities ("Disabled Space"). The Disabled Space was very faded and worn out. There was no pole or wall mounted signage indicating that it was reserved for use by persons with disabilities. I did not see any fine warning anywhere near the Disabled Space.

5. The Disabled Space had a parking stall that measured 8 feet in width. There was no access aisle or hatch marked area adjacent to the parking stall of the Disabled Space. I personally took my measurements with my measuring tape.

6. I observed that the Disabled Space had been installed in front of a pole that created an obstruction for any person attempting to park their vehicle in the Disabled Space.

7. I also found that the entrance to the path of travel leading to the Store had steps. There was a ramp at the side for wheelchair users. However, I observed that this ramp did not have handrails on either side. The slope of this ramp measured 10.3%. I personally measured the slope with my slope gauge.

8. The photographs attached as exhibit 4, pages 1-2 are true and accurate copies of the photographs of the parking and ramp at the Store that I took on December 10, 2014.

9. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Decl. of Evens Louis, Exhibit 3                Case: 2:14-CV-09719-AB-ASX

1   Dated: January 22, 2016   By: _____
                                    DocuSigned by:
                                    *Evens Louis*
                                    FB807F1D1A54471...
2                                     Evens Louis