CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@potterhandy.com

Attorney for Plaintiff SHIRLEY LINDSAY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | Case No.: 2:14-CV-09719-AB-ASX |
| Plaintiff, | |
| v. | |
| JACK SAADIAN, in his individual and representative capacity as trustee of the Jack Saadian 2007 Trust; ARMANDI BABY LAND, INC., a California Corporation; and Does 1-10, | **REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF** SET ONE |
| Defendants. | |

PROPOUNDING PARTY:     Plaintiff:     SHIRLEY LINDSAY

RESPONDING PARTY:       Defendant:     ARMANDI BABY LAND, INC.

SET ONE

      Pursuant to Federal Rule 36 of Civil Procedure, RESPONDING PARTY is requested to admit within thirty days after service of this REQUEST FOR ADMISSIONS that (1) each of the following facts are true, and (2) the original of each of the following documents (if any), copies of which are attached, are genuine.

## **DEFINITIONS**

*Note: Some or all of these terms may not be actually used in the requests for admissions.*

**1.** "PUBLIC ACCOMMODATION" shall have the same definition as 42 U.S.C. 12181 (7).

**2.** "ADAAG" shall refer to the Americans with Disabilities Act Accessibility Guidelines.

**3.** "ACCESSIBLE" shall mean compliant with the technical requirements of the ADAAG.

**4.** "BARRIERS" shall refer to any architectural feature that is not in compliance with the Americans with Disabilities Act Accessibility Guidelines.

**5.** "ALTERATIONS" shall mean any alteration, structural repair or addition that goes beyond routine maintenance and upkeep.

**6.** "RESPONSIBLE INTEREST" shall mean any person or entity that owns, leases, leases to, or rents the property or operates the business located at the property.

**7.** "YOU" and "YOUR" shall mean you, your agents, employees, investigators or anyone acting in your behalf.

**8.** "FINANCIAL WHEREWITHAL" shall mean your financial net worth, cash flow, liabilities and so forth with an eye towards your ability to expend funds on making the SUBJECT PROPERTY more accessible to persons with disabilities.

**9.** "SUBJECT PROPERTY" shall mean the Payless Mattress store located at or about 7134 Topanga Canyon Blvd., Canoga Park, California, including the land, parking lot, and buildings.

**10.** "DATE OF INCIDENT" shall mean in July 2014.

**11.** "DISABLED" will have the definition provided at 42 U.S.C. § 12102(2).

**12.** "READILY ACHIEVABLE" shall mean easily accomplishable and able to be carried out without much difficulty or expense and is intended to mirror the definition given at 42 U.S.C. § 12181(9).

**13.** "VAN ACCESSIBLE PARKING SPACE" shall mean a striped and reserved handicap parking space that has a separate access aisle measuring 96 inches in width.

**14.** "RAMP" shall mean a sloping pedestrian way, intended for pedestrian traffic, which provides access between a walk or sidewalk to a surface located above or below an adjacent curb face, and as defined by the Americans with Disabilities Act Accessibility Guidelines.

**15.** SIGNAGE shall mean displaying verbal, symbolic, tactile, and/or pictorial information.

<u>**REQUESTS**</u>

**Request Number 1**

Admit that there have been ALTERATIONS to the SUBJECT PROPERTY between July 1, 1970 and the present.

**Request Number 2**

Admit that in July 2014, YOU were the owner of the property located at 7134 Topanga Canyon Blvd., Canoga Park, California.

**Request Number 3**

Admit that in July 2014, YOU were the owner and operator of the Payless Mattress located at 7134 Topanga Canyon Blvd., Canoga Park, California.

**Request Number 4**

Admit that YOU are the owner of the property located at 7134 Topanga Canyon Blvd., Canoga Park, California.

**Request Number 5**

Admit that YOU are the owner and operator of the Payless Mattress located at 7134 Topanga Canyon Blvd., Canoga Park, California.

DocuSign Envelope ID: EE8B3AAE-5E51-48A4-A06A-1161AD0F0151

**Request Number 6**

Admit that on the DATE OF INCIDENT, the SUBJECT PROPERTY was not ACCESSIBLE to wheelchair users.

**Request Number 7**

Admit that currently the SUBJECT PROPERTY is not ACCESSIBLE to wheelchair users.

**Request Number 8**

Admit that on the DATE OF INCIDENT, there were no VAN ACCESSIBLE PARKING SPACES with eight foot access aisles on the passenger side of the vehicle at the SUBJECT PROPERTY.

**Request Number 9**

Admit that on the DATE OF INCIDENT, there was no access aisle adjacent to the handicap parking space at the SUBJECT PROPERTY.

**Request Number 10**

Admit that on the DATE OF INCIDENT, there was no SIGNAGE posted at the SUBJECT PROPERTY directing persons with disabilities to an ACCESSIBLE parking space.

**Request Number 11**

Admit that on the DATE OF INCIDENT, the parking space at the SUBJECT PROPERTY was located next to a telephone pole.

**Request Number 12**

Admit that on the DATE OF INCIDENT, the handicap parking space at the SUBJECT PROPERTY had been paved over.

**Request Number 13**

Admit that on the DATE OF INCIDENT, the handicap parking space at the SUBJECT PROPERTY had faded.

**Request Number 14**

Admit that due to YOUR lack of maintenance and care, there were no ACCESSIBLE parking spaces available for use by persons with disabilities at the SUBJECT PROPERTY on the DATE OF INCIDENT.

**Request Number 15**

Admit that YOU do not have any policy or procedure to ensure that the handicap parking spaces at the SUBJECT PROPERTY remain useable in the parking lot by persons with disabilities.

**Request Number 16**

Admit that on the DATE OF INCIDENT, there was a RAMP from the parking to the entrance at the SUBJECT PROPERTY which was longer than 6 feet.

**Request Number 17**

Admit that on the DATE OF INCIDENT, the RAMP from the parking to the entrance at the SUBJECT PROPERTY did not have hand rails.

//
//
//
//
//
//
//

DocuSign Envelope ID: EE8B3AAE-5E51-48A4-A06A-1161AD0F0151

1

**Request Number 18**

2

Admit that Plaintiff is DISABLED.

3

4

Dated: March 20, 2015

CENTER FOR DISABILITY ACCESS

5

6

DocuSigned by:

*Mark Potter*

By: _____

7

145B96E115E8442...

Mark D. Potter, Esq.

8

Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28